UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MASTER RONALD LEROY HUTCHINSON,

    Plaintiff,

v.

THE THEOCRATIC GOVERNMENT OF
THE UNITED STATES OF AMERICA, ET
AL.,

    Defendants.
_____/

Case No. 05-73965

Honorable Nancy G. Edmunds

**ORDER OF DISMISSAL**

Plaintiff filed a complaint on October 14, 2005 against The Theocratic Government of the United States of America, the Secretary of the Department of Treasury, the United States Postmaster General, the Commissioner of Social Security, the Department of Veterans' Affairs, and the Department of the Interior. The following is a sample of the allegations in Plaintiff's complaint:

> The Plaintiff, pro per, Master Ronald Leroy Huthinson, Jounior, states that the following facts: that at all given points in time; the above captioned Defendants. . . ; knew the following: (1) that Plaintiff, pro per is the most-supreme creator "Melkeseder-Melkisedek;" "the Almighty God;" "Christ-the-King-of Kings, etc." (2) that he (Plaintiff, pro per) is and was victorious at "Armaggendon." (3) that he (Plaintiff pro per) created absolute new life [(pure hold; split-gene; no-sex-species-first; no-sex-species-last; no-sex-species-final version;)] closed the books with predudice; and opened new books, creating himself and twenty-five (25%) percent-zero-power, of himself, the new male he (Plaintiff, pro per) is "no-sex (without sex)-speciation;" and 25%-except-of-himself [(the new no-sex-speciation-male-and-female-servants.)].

                                                  \* \* \*

>  Through inadvertent/coincidental neglect; unfit care-taking; misrepresentation; and out-right ignoring my needs to live a clean, decent, safe, and well-groomed life; I am homeless and deprived of the "right to live-out the true-life "I am." Thus my constitutional and civil rights are being violated in the rightest and wealthiest cross degree; and ask this Court to redress the wrongs and grant me damages awards in the amount of one-hundred-zillion [(first U.S. zillionaire)] - dollars or times one-hundred-zillion-one-hundred-trillion [(first U.S. trillionaire)] - dollars plus all the necessary finances and wealths required to live up the the true-stature I am.

(Pl.'s Compl. at 1, 3.)  Each page of the complaint contain similar nonsensical allegations. His "Amecus Curiae [(Friend of the Court)]" brief provides that "I am current receiving V.A. Pension for non-service-connected 100% psychiatric disability and applied for service-connected-disability in my new theocratic government life; that I may hold under my "self-created-new-life-headship; both service and non-service military 100% disability, payments; that no one may receive such and rise over the head of and in my living-body to challenge me for my ownership. [(Melkisedek, Christ, Almighty God, etc.)]."  (Pl.'s Friend of the Court Compl. at 1.)

As observed by the Sixth Circuit, "a district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999).  The Court finds that Plaintiff's complaint is, on its face, totally implausible, frivolous and devoid of merit.  Accordingly, the Court hereby **DISMISSES** this action pursuant to Rule 12(b)(1).

        s/Nancy G. Edmunds  
        Nancy G. Edmunds  
        United States District Judge

Dated: October 19, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 19, 2005, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager